**B6B (Official Form 6B) (12/07)**

IN RE **Vinification Ventures Inc.** _____ Case No. _____
                                              Debtor(s)                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Braintree Cooperative Bank, main branch**<br>**Account xxx2304 - checking account**<br><br>**Citizens Bank, Stoughton Branch**<br>**Account numbers xxx8163 - xxx6913 and xxx6999**<br>**Operating account, Merchant Account for Credit Card Deposits and Checking Account** | | **63.89**<br><br><br>**7,804.40** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **security deposit paid to Inversiones Zahena for travel in 2010**<br>**Security Deposit with Landlord for Business premises**<br>**security deposit with Richard Bokland, landlord for premises in New York** | | **500.00**<br>**19,468.66**<br>**500.00** |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Business Auto Insurance**<br>**Value is residual, if any.**<br><br>**Policy NO. AFN-6670806-08**<br>**Commerical Lines policy with Hanover Insurance**<br>**Value is residual, if any.**<br>**Policy No. ZHN 6670805 12**<br>**D & O with Narigators Insurance Company for period 6/17/09 to 6/17/10**<br>**Value is residual, if any.**<br><br>**Policy No. NY09DOL6009601V**<br>**Marine Open Cargo Policy with Hanover Insurance Group**<br>**Value is residual, if any.**<br><br>**Policy No. IHN 6469672-00**<br>**Workers Compensation and Employer's Liability Insurance Policy with The Hanover Group.** | | **unknown**<br><br><br><br>**unknown**<br><br><br>**unknown**<br><br><br><br>**unknown**<br><br><br><br>**unknown** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.  Case 10-14016    Doc 3    Filed 04/14/10    Entered 04/14/10 19:02:50    Desc Main
                                                    Document       Page 2 of 4

IN RE **Vinification Ventures Inc.**_____,    Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issue. | X | **Value is residual, if any.**<br>**Policy No. WHN-6670807-09** | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% owner of V V N Y, Inc.., a wholly owned subsidiary corporation of the Debtor that is not operating and has not assets.  See additional information about this subsidiary at Question 18 of the Statement of Financial Affairs.** | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **The Wine Tasting Network**<br><br>**note that this entity is listed as a creditor on the Debtor's Schedule F** | | 67,679.34 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.
Case 10-14016    Doc 3    Filed 04/14/10    Entered 04/14/10 19:02:50    Desc Main
                          Document        Page 3 of 4

IN RE **Vinification Ventures Inc.**_____ Case No. _____
                        Debtor(s)                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | see attached list plus the following two wine labels:<br><br>**Fissata**<br><br>**Baillando** | | **unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **misc office furniture and equipment and computers at business location**<br>**Debtor's estimate of value** | | **10,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **inventory consisting of wine located in WTN warehouses in Albany New york and Napa California**<br>**value is based on so called "Landed Cost" which is cost to debtor plus transportation and duties to get the inventory to the warehouse.**<br>**Note - this inlcudes $18,000.00 of inventory that is held by WTN and owned by Smith Anderson Enterprise, Inc. - see Quesiton 5 onf Statement of Financial Affairs.** | | **422,209.49** |
| | | **Inventory of wine pourers ordered from manufacturer in China and in possession of amnufacturer** | | **13,500.00** |
| | | **misc. non-wine accessories such as wine racking, glasses and openers** | | **3,000.00** |
| | | **wine in barrels at Sonoma Wine Company, 205 Jim Oswalt Way, Suite A, American Canyon, CA 94503.** | | **31,334.99** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **576,060.77** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____**1**_ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Vinification Ventures Inc.                                          Case No. _____
                        Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### Continuation Sheet - Page 1 of 1

EXHIBIT A

UNITED STATES ISSUED TRADEMARKS

| Trademark | Serial No. | Registration No. |
|---|---|---|
| BENTGATE | 76581143 | 2987927 |
| BLACK SHADOW | 78716454 | 3272914 |
| DELLA CRESTA | 78900453 | 3354263 |
| DEVINA ESTATES | 78707156 | 3126850 |
| GIOVINA | 76601162 | 3121240 |
| GLASSMOON RISING | 76586658 | 3127363 |
| LEAFWING | 78707169 | 3126851 |
| MANGROVE | 76575453 | 2981619 |
| PEDRETTI | 76568629 | 2946902 |
| STEEPLE STREET | 76575455 | 2981621 |
| TANGLEROSE | 78716467 | 3272915 |
| TERRE DES ANGES | 78707179 | 3173610 |
| VERONICA CREEK | 78716444 | 3303929 |
| WOODVALE ESTATES | 76575454 | 2981620 |
| TRIA | 78707199 | 3132702 |
| THE TRAVELING VINEYARD | 76509379 | 2872418 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only