**B6D (Official Form 6D) (12/07)**

IN RE **Vinification Ventures Inc.**                                                    Case No. _____
                                    Debtor(s)                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gordon Romer**<br>**2 Avery St Apt 25E**<br>**Boston, MA  02111-1015** | | | **Term Loan Agrement and related documents dated as of March 25, 2009 secured by all asset security agreement**<br><br>VALUE $ **549,560.77** | | | | **919,566.98** | **919,566.98** |
| ACCOUNT NO.<br>**Huib Geerlings**<br>**40 Winthrop St**<br>**Charlestown, MA  02129-3315** | | | **Term Loan Agreement and related documents dated as of March 25, 2009 secured by all asset security agreement**<br><br>VALUE $ **549,560.77** | | | | **176,216.71** | |
| ACCOUNT NO.<br>**James Curvey**<br>**250 Boylston St**<br>**Boston, MA  02116-3954** | | | **Term Loan Agreement and related documents dated as of March 25, 2009 secured by all asset security agreement**<br><br>VALUE $ **549,560.77** | | | | **727,186.53** | **353,842.47** |
| ACCOUNT NO.<br>**John Murphy**<br>**71 Fearing Dr**<br>**Westwood, MA  02090-2015** | | | **Term Loan Agreement and related documents dated as of March 25, 2009 secured by all asset security agreement**<br><br>VALUE $ **549,560.77** | | | | **296,713.96** | **296,713.96** |

___**1**___ continuation sheets attached

Subtotal (Total of this page)  $ **2,119,684.18**   $ **1,570,123.41**

Total (Use only on last page)  $                    $

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.  Case 10-14016    Doc 5    Filed 04/14/10    Entered 04/14/10 19:05:32    Desc Main
Document      Page 2 of 2

IN RE **Vinification Ventures Inc.**_____ Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**John Remondi**<br>**300 Boylston St Unit 503**<br>**Boston, MA  02116-3956** | | | **Term Loan Agreement and related documents dated as of March 25, 2009 secured by all asset security agreement**<br><br>VALUE $ **549,560.77** | | | | **733,830.15** | **733,830.15** |
| ACCOUNT NO.<br>**Robert Webb**<br>**52 Pine Ridge Rd**<br>**Westford, MA  01886-2419** | | | **Term Loan Agreement and related documents dated as of March 25, 2009 secured by all asset security agreement**<br><br>VALUE $ **549,560.77** | | | | **681,691.06** | **681,691.06** |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **1,415,521.21**  $ **1,415,521.21**

Total (Use only on last page) $ **3,535,205.39**  $ **2,985,644.62**

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only