IN RE **Vinification Ventures Inc.**_____    Case No. _____
                                                   Debtor(s)                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**5**_ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Contributions to employee benefit plans
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gaurdian Life Insurance Company Of Ameri**<br>**1 Liberty Sq 3rd Fl**<br>**Boston, MA 02109-4825** | | | **claims, if any, relating to debtor's life and disability policies** | | | | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**1**__ of __**5**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ | $ | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.
Case 10-14016  Doc 6  Filed 04/14/10  Entered 04/14/10 19:06:56  Desc Main
Document  Page 3 of 6

IN RE **Vinification Ventures Inc.**                                    Case No. _____
                        Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Comptroller Of Public Accounts**<br>**PO Box 149354**<br>**Austin, TX 78714-9354** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**Dept Of Alcoholic Beverage Control**<br>**3927 Lennane Dr Ste 100**<br>**Sacramento, CA 95834-2917** | | | **excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**Georgia Department Of Revenue**<br>**Alsohol And Tobacco Division**<br>**PO Box 38368**<br>**Atlanta, GA 30334-0368** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**Idaho Tax Commission**<br>**PO Box 83784**<br>**Boise, ID 83707-3784** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**Illinois Department Of Revenue**<br>**Retailers Occupation Tax**<br>**Springfield, IL 62796-0001** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**Indiana Dept Of Revenue**<br>**Indiana Government Center North**<br>**100 N Senate Ave**<br>**Indianapolis, IN 46204-2273** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |

Sheet no. __2__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ | $ | $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Vinification Ventures Inc.**                                                    Case No. _____
                    Debtor(s)                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Special Procedures Function STOP 20800**<br>**PO Box 9112**<br>**Boston, MA  02203-9112** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**Louisiana Department Of Revenue**<br>**Sales Tax Division**<br>**PO Box 3138**<br>**Baton Rouge, LA  70821-3138** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**Massachusetts Department Of Revenue**<br>**PO Box 9564**<br>**Boston, MA  02114-9564** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**Nebraska Liquor Control Commission**<br>**301 Centennial Mall Sout**<br>**PO Box 95046**<br>**Lincoln, NE  68509-5046** | | | **unpaid slaes taxes, if any for 2010** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**Nevada Dept Of Taxation**<br>**PO Box 52609**<br>**Phoenix, AZ  85072-2609** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**New York State Department Of Tax And Fin**<br>**Bankruptcy Section**<br>**PO Box 5300**<br>**Albany, NY  12205-0300** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |

Sheet no. __3__ of __5__ continuation sheets attached to                              Subtotal
Schedule of Creditors Holding Unsecured Priority Claims                        (Totals of this page) $            $            $

                                                                                        Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

                                                                                        Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)                $            $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Vinification Ventures Inc.**                                      Case No. _____
                    Debtor(s)                                                             (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**New York State Sales Tax**<br>**J A F Building**<br>**PO Box 1208**<br>**New York, NY 10116-1208** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**North Carolina Department Of Revenue**<br>**P O B 25000**<br>**Raleigh, NC 27640-0100** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**North Dakota Tax Commissioner**<br>**State Capital**<br>**600 E Boulevard Ave Dept 127**<br>**Bismarck, ND 58505-0602** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**Office Of The State Commissioner**<br>**Alcohol Tax Section**<br>**600 E Boulevard Ave Dept 127**<br>**Bismarck, ND 58505-0602** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**Ohio Dept Of Taxation**<br>**PO Box 16560**<br>**Columbus, OH 43216-6560** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**South Carolina Department Of Revenue**<br>**Sales Tax Returns**<br>**Columbia, SC 29214-0001** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |

Sheet no. __4__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims
Subtotal (Totals of this page) $ | $ | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**State Of California**<br>**Board Of Equalization**<br>**PO Box 942879**<br>**Sacramento, CA  94279-0001** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**State Of Colorado**<br>**Department of Revenue**<br>**Denver, CO  80261-0013** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**State Of Vermont**<br>**Department Of Taxes**<br>**109 State Street**<br>**Montpelier, VT  05609-0002** | | | **taxes, if any - listed for disclosure purposes.** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**State Of Washington**<br>**PO Box 34051**<br>**Seattle, WA  98124-1051** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**Virginia Dept Of Taxation**<br>**PO Box 26626**<br>**Richmond, VA  23261-6626** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |
| ACCOUNT NO.<br>**Wisconsin Dept Of Revenue**<br>**P O B 930389**<br>**Milwaukee, WI  53293-0389** | | | **sales and/or excise tax claims if any** | | X | | **unknown** | | |

Sheet no. __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $                    $                    $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $                    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only