**United States Bankruptcy Court**
**District of Massachusetts**

**IN RE:**                                                                Case No. _____

**Vinification Ventures Inc.** _____   Chapter **7** _____

                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Alan Roberts**<br>**606 Lill St**<br>**Barrington, IL  60010** | **0** | **Common Stockholder** |
| **Albert M Goldberg**<br>**392 Long Hill Rd E**<br>**Briarcliff Manor, NY  10510-2626** | **0** | **Common Stockholder** |
| **Alicia Gonzales**<br>**1000 Wilshire Blvd**<br>**Los Angeles, CA  90017-2457** | **0** | **Common Stockholder** |
| **Anne Mishcler**<br>**80 Sanborn Ave**<br>**West Roxbury, MA  02132-3837** | **0** | **Common Stockholder** |
| **Ben Russell**<br>**6 Bedford Ct**<br>**Manchester, NJ  08759-6035** | **0** | **Common Stockholder** |
| **Benjamin E Bierbaum**<br>**54 Fernwood Rd**<br>**Chestnut Hill, MA  02467-2907** | **0** | **Common Stockholder** |
| **Bessie Lallos**<br>**1108 S Thomas St**<br>**Arlington, VA  22204-0971** | **0** | **Common Stockholder** |
| **Brian Alberti**<br>**12 Cornell Way**<br>**Matawan, NJ  07747-2248** | **0** | **Common Stockholder** |
| **Brian Cannon**<br>**22 Sunset St**<br>**South River, NJ  08882-2462** | **0** | **Common Stockholder** |
| **Bruce Herrmann**<br>**20 Bellevue Ave**<br>**Melrose, MA  02176-3513** | **0** | **Common Stockholder** |
| **Carol Antley**<br>**Attn: Marie Claude**<br>**50 Northwood Cv**<br>**Memphis, TN  38111** | **0** | **Common Stockholder** |
| **Chadid Matta**<br>**180 Shady Valley Rd**<br>**Coventry, RI  02816-6805** | **0** | **Common Stockholder** |
| **Charles Edward Martin**<br>**7112 W Lloyd St**<br>**Milwaukee, WI  53213-1834** | **0** | **Common Stockholder** |
| **CHRIS WEIGAND**<br>**501 N Broadway 7th Fl**<br>**Saint Louis, MO  63102-2131** | **0** | **Common Stockholder** |
| **Christina Finzen**<br>**1201 Elm St Ste 3700**<br>**Dallas, TX  75270-2102** | **0** | **Common Stockholder** |
| **Christine Dorr**<br>**41 Water St**<br>**Leicester, MA  01524-1321** | **0** | **Common Stockholder** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 10-14016   Doc 13   Filed 04/14/10   Entered 04/14/10 19:33:31   Desc Main
Document   Page 2 of 6

| | | |
|---|---|---|
| **Clifford Roahrig**<br>1902 Federal Blvd<br>PO Box 3869<br>Ann Arbor, MI 48106-3869 | 0 | **Common Stockholder** |
| **Craig Barger**<br>57 Old Foundry St<br>South Easton, MA 02375-1238 | 0 | **Common Stockholder** |
| **Dagnija Usalis**<br>289 Dillingham Way<br>Hanover, MA 02339-1437 | 0 | **Common Stockholder** |
| **Daniel Norton**<br>28 Shattuck Park Rd<br>Norwood, MA 02062-1219 | 0 | **Common Stockholder** |
| **David Truesdell**<br>51 Stetson Shrine Ln<br>Norwell, MA 02061-2608 | 0 | **Common Stockholder** |
| **Dennis C Smith**<br>5 Wanders Dr<br>Hingham, MA 02043-3456 | 0 | **Common Stockholder** |
| **Donald Delwich And Jean Delwich**<br>27 Woodcliff Ter<br>Fairport, NY 14450-4208 | 0 | **Common Stockholder** |
| **Dyreck Phillip**<br>37 N 17th St<br>East Orange, NJ 07017-5119 | 0 | **Common Stockholder** |
| **Ellen Norton**<br>14 Walters Rd<br>Norwood, MA 02062-2002 | 0 | **Common Stockholder** |
| **Frank Santoro**<br>PO Box 336<br>Shiloh, NJ 08353-0336 | 0 | **Common Stockholder** |
| **Fred T Franzia**<br>PO Box 789<br>Ceres, CA 95307-0789 | 0 | **Common Stockholder** |
| **George A Lasky**<br>5473 Blair Rd # 350<br>Dallas, TX 75231-2328 | 0 | **Common Stockholder** |
| **Glen P Baunsgard**<br>2847 NW 23rd Ave<br>Camas, WA 98607-8041 | 0 | **Common Stockholder** |
| **Gregory Young**<br>259 Maple Rd<br>Storrs Mansfield, CT 06268-2083 | 0 | **Common Stockholder** |
| **Harold Mccombs**<br>4510 Tournay Rd<br>Bethesda, MD 20816-1843 | 0 | **Common Stockholder** |
| **Harry Scott**<br>192 Thornton St # 2<br>Roxbury, MA 02119-1441 | 0 | **Common Stockholder** |
| **Huub Geerlings**<br>Kamperfoelieweg 1<br>Venlo 5915hr<br>Netherlands, ?? | 0 | **Common Stockholder** |
| **Iveta Estrella**<br>103 Fairfield Avenue<br>Rehoboth, MA 02769 | 0 | **Common Stockholder** |
| **J P Flatt**<br>11 Prospect St<br>Princeton, MA 01541-1102 | 0 | **Common Stockholder** |
| **Jack Shean**<br>1385 50th Ave NE<br>Saint Petersburg, FL 33703-3205 | 0 | **Common Stockholder** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **James And Carol Tortorellis**<br>**2628 Waterford Ln**<br>**Idaho Falls, ID  83404-7367** | **0** | **Common Stockholder** |
| **James Forgie**<br>**11 Stoney Brook Rd**<br>**Arlington, MA  02476-8019** | **0** | **Common Stockholder** |
| **Jane Flood**<br>**1200 Harbor Blvd**<br>**Weehawken, NJ  07086-6762** | **0** | **Common Stockholder** |
| **Jay Essa**<br>**29 Fairfield St Apt 1A**<br>**Boston, MA  02116-2538** | **0** | **Common Stockholder** |
| **John And Julie Donahue**<br>**506 S Main St**<br>**Pittston, PA  18640-3218** | **0** | **Common Stockholder** |
| **John B Lorusso**<br>**PO Box 188**<br>**Oyster Bay, NY  11771-0188** | **0** | **Common Stockholder** |
| **John King**<br>**7608 Colfax Ave S**<br>**Minneapolis, MN  55423-3924** | **0** | **Common Stockholder** |
| **John Latshaw**<br>**PO Box 410123**<br>**Kansas City, MO  64141-0123** | **0** | **Common Stockholder** |
| **John Nueman**<br>**2612 Pinegrove Dr**<br>**Dayton, OH  45449-3347** | **0** | **Common Stockholder** |
| **John Parrinello**<br>**76 Angola Rd**<br>**Cornwall, NY  12518-2124** | **0** | **Common Stockholder** |
| **John Petrikas**<br>**2477 Blue Crab Ct**<br>**Sanibel, FL  33957-2122** | **0** | **Common Stockholder** |
| **John Remondi**<br>**300 Boylston St Unit 503**<br>**Boston, MA  02116-3956** | **0** | **Common Stockholder** |
| **Joseph And Mary Fatula**<br>**6299 Camino Verde Dr**<br>**San Jose, CA  95119-1633** | **0** | **Common Stockholder** |
| **Judi Eicher**<br>**19 Red Coat Ln**<br>**Plainville, MA  02762-2207** | **0** | **Common Stockholder** |
| **Judy Mishkin**<br>**29 Gerald Rd**<br>**Marblehead, MA  01945-2042** | **0** | **Common Stockholder** |
| **Karen Mollohan**<br>**9 Heritage Dr**<br>**Lincoln, RI  02865-4024** | **0** | **Common Stockholder** |
| **Kathleen M Mesches**<br>**4 Oriole Cir**<br>**Shrewsbury, MA  01545-2187** | **0** | **Common Stockholder** |
| **Kathryn And Sandra Paterson**<br>**11 Howard St**<br>**Auburn, MA  01501** | **0** | **Common Stockholder** |
| **Kelly J Murphy**<br>**85 Sutherland Road, #44**<br>**Brookline, MA  02445** | **0** | **Common Stockholder** |
| **Kelly Worrell**<br>**10 Pond St**<br>**Dover, MA  02030-2432** | **0** | **Common Stockholder** |
| **Kent Rigg Trust**<br>**PO Box 2206**<br>**New Smyrna Beach, FL  32170-2206** | **0** | **Common Stockholder** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **Kurt Wittig**<br>**17 Old Mill Dr**<br>**Denville, NJ  07834-9532** | | **0** | **Common Stockholder** |
| **Lauren Larviere**<br>**11 Larry Ln**<br>**Portsmouth, NH  03801-4137** | | **0** | **Common Stockholder** |
| **Lou Trezza**<br>**Proxy Department**<br>**1 World Financial Ctr 5th Fl**<br>**New York, NY  10281-1003** | | **0** | **Common Stockholder** |
| **Madaline S Keros**<br>**PO Box 486**<br>**Contoocook, NH  03229-0486** | | **0** | **Common Stockholder** |
| **Margaret E Abel**<br>**726 Adella Ln**<br>**Coronado, CA  92118-2211** | | **0** | **Common Stockholder** |
| **Mark Schouviller**<br>**Attn:  Linda Dirks**<br>**400 1st St S**<br>**Saint Cloud, MN  56301-3626** | | **0** | **Common Stockholder** |
| **Marshall Wolf**<br>**566 Church Street Station**<br>**New York, NY  10008** | | **0** | **Common Stockholder** |
| **Max Ottaviano**<br>**13 Pinehurst Dr**<br>**Boxford, MA  01921-2417** | | **0** | **Common Stockholder** |
| **Meghan Bossa**<br>**45 Braintree Hill Office Park, Ste 300**<br>**Braintree, MA  02184-8723** | | **0** | **Common Stockholder** |
| **Menachem Besthof**<br>**235 W 48th St**<br>**New York, NY  10036-1404** | | **0** | **Common Stockholder** |
| **Michael Hensey**<br>**1 The Sweepstakes**<br>**Ballsbridge, Dublin 4, ??  ireland** | | **0** | **Common Stockholder** |
| **Michael La France**<br>**117 Chestnut St 1ST Fl**<br>**Waltham, MA  02453-0406** | | **0** | **Common Stockholder** |
| **Michale Stone**<br>**139 Strawberry Hill Rd**<br>**Concord, MA  01742-5407** | | **0** | **Common Stockholder** |
| **Michelle Crowley**<br>**76 Deacon Ct**<br>**Barnstable, MA  02630-1239** | | **0** | **Common Stockholder** |
| **Mike Dillard**<br>**Attn:  Valerie Quick**<br>**880 Carillon Pkwy**<br>**Saint Petersburg, FL  33716-1102** | | **0** | **Common Stockholder** |
| **Monica Mishcler**<br>**536 N Winter St**<br>**River Falls, WI  54022-1266** | | **0** | **Common Stockholder** |
| **Nicholas Ogan**<br>**115 W Juniper Ln**<br>**Chagrin Falls, OH  44022-1383** | | **0** | **Common Stockholder** |
| **Paul Appelgarth**<br>**186 Field Point Rd Apt 4B**<br>**Greenwich, CT  06830-6955** | | **0** | **Common Stockholder** |
| **Paul Desharnais**<br>**1776 Heritage Dr**<br>**Quincy, MA  02171-2119** | | **0** | **Common Stockholder** |
| **Paul Hockenbury**<br>**7 Raffaela Dr**<br>**Malvern, PA  19355-2558** | | **0** | **Common Stockholder** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Peter Beshar**<br>**26 Larchmont Ave**<br>**North Uxbridge, MA  01538** | **0** | **Common Stockholder** |
| **Quang And Huong Tran**<br>**136 Stafford Rd**<br>**Lowell, MA  01852-1511** | **0** | **Common Stockholder** |
| **R 7 D Investment Club**<br>**C/O David Tufts**<br>**1170 Summer St**<br>**Bridgewater, MA  02324-3313** | **0** | **Common Stockholder** |
| **Raymond Hatch**<br>**4611 Southgate Rd**<br>**Byrdstown, TN  38549-4847** | **0** | **Common Stockholder** |
| **Rebecca Roberts**<br>**7618 E Pleasant Run**<br>**Scottsdale, AZ  85258-3116** | **0** | **Common Stockholder** |
| **Richard And Yvonne Topping**<br>**7 Jacob Amsden Rd**<br>**Westborough, MA  01581-1766** | **0** | **Common Stockholder** |
| **Richard Hatt**<br>**1650 Allan Way**<br>**Santa Rosa, CA  95404-5604** | **0** | **Common Stockholder** |
| **Robert Munroe**<br>**27 Summit Ln**<br>**Safety Harbor, FL  34695-5423** | **0** | **Common Stockholder** |
| **Robert Sheeley**<br>**17 William White Rd**<br>**Ulster Park, NY  12487-5341** | **0** | **Common Stockholder** |
| **Robert Webb**<br>**52 Pine Ridge Rd**<br>**Westford, MA  01886-2419** | **0** | **Common Stockholder** |
| **Roderick C Flint**<br>**17 Kazersky Dr**<br>**Wallingford, CT  06492-5600** | **0** | **Common Stockholder** |
| **Roderick C Fllint**<br>**17 Kazersky Dr**<br>**Wallingford, CT  06492-5600** | **0** | **Common Stockholder** |
| **Ronald Goss**<br>**3108 College Ct**<br>**Elko, NV  89801-2588** | **0** | **Common Stockholder** |
| **Sharon Read**<br>**5 Old Westport Rd**<br>**North Dartmouth, MA  02747** | **0** | **Common Stockholder** |
| **Sherri L Chicatelli**<br>**579 Brookpark Dr**<br>**Cuyahoga Falls, OH  44223-2725** | **0** | **Common Stockholder** |
| **Steve Harmon**<br>**210 Kirksey Drive**<br>**Plum Branch, SC  29845** | **0** | **Common Stockholder** |
| **Steve Schaefer Sr.**<br>**510 Marquette Ave**<br>**Minneapolis, MN  55402-1110** | **0** | **Common Stockholder** |
| **Stewart Bates & Jennifer Loff**<br>**191 Massachusetts Ave Apt 902**<br>**Boston, MA  02115** | **0** | **Common Stockholder** |
| **Suellen Hayden**<br>**6 Fogo Rd**<br>**Randolph, MA  02368-3845** | **0** | **Common Stockholder** |
| **Taleana Klee**<br>**2801 Market St**<br>**Saint Louis, MO  63103-2523** | **0** | **Common Stockholder** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Thomas A Ahearn**<br>**14 Walters Rd**<br>**Norwood, MA  02062-2002** | **0** | **Common Stockholder** |
| **Timothy And Lynne Smith**<br>**33 Woodland Ct**<br>**Wappingers Falls, NY  12590-5364** | **0** | **Common Stockholder** |
| **Tracey Heffernan**<br>**62 Addison St**<br>**Braintree, MA  02184-3846** | **0** | **Common Stockholder** |
| **Vincent Kelter**<br>**101 K Chestnut Street**<br>**Apt 1**<br>**Foxboro, MA  02035** | **0** | **Common Stockholder** |
| **Vivian Meranda**<br>**25 Brewster Rd**<br>**Framingham, MA  01702-6217** | **0** | **Common Stockholder** |
| **W Phillip Woodward**<br>**77 Belvedere Ave**<br>**Belvedere Tiburon, CA  94920-2420** | **0** | **Common Stockholder** |
| **Wayne E Euvrard**<br>**North Rd**<br>**Amenia, NY  12501-0105** | **0** | **Common Stockholder** |
| **William Blunt White**<br>**PO Box 880**<br>**Stonington, CT  06378-0880** | **0** | **Common Stockholder** |
| **William G Reaman**<br>**PO Box 63**<br>**West Falmouth, MA  02574-0063** | **0** | **Common Stockholder** |
| **William Orphan**<br>**12 Staples Shore Rd**<br>**Lakeville, MA  02347-1647** | **0** | **Common Stockholder** |
| **William Palmer**<br>**49 Pinckney St**<br>**Boston, MA  02114-4801** | **0** | **Common Stockholder** |
| **William Whynot**<br>**30 Spring Rd**<br>**Weston, MA  02493-1727** | **0** | **Common Stockholder** |
| **Wilson H Flohr**<br>**213 Brookschase Ln**<br>**Henrico, VA  23229-8433** | **0** | **Common Stockholder** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only